**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 22nd day of January, two thousand and four.

Before:    Hon. James L. Oakes,
            Hon. Rosemary S. Pooler,
            Hon. Richard W. Wesley
            <u>Circuit Judges</u>

Docket No. 03-6112

MBIYA B. ISRAEL and CARROL ISRAEL,

            *Plaintiffs-Appellants*,

v.

UNITED STATES OF AMERICA,

            *Defendant-Appellee*.

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
      DEPUTY CLERK